**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
PANINI AMERICA, INC.,

                                        Plaintiff,

                    -against-

FANATICS, INC. et al,

                                        Defendants.
-------------------------------------------------------------X
FANATICS COLLECTIBLES TOPCO, INC.,

                                        Plaintiff,


                    -against-

PANINI S.P.A.,

                                        Defendant.
-------------------------------------------------------------X
PHILLIP JONES,

                                        Plaintiff,

                    -against-

FANATICS, INC., et al.,

                                        Defendants.
-------------------------------------------------------------X
ROBERT SCATURO, et al.,

                                        Plaintiffs,

                    -against-

FANATICS, INC., et al.,

                                        Defendants.
-------------------------------------------------------------X
SEAN AULD, et al.,

                                        Plaintiffs,

                    -against-

FANATICS, INC., et al.,

                                        Defendants.
-------------------------------------------------------------X
MITCHELL GOLDBERGER and BRUCE HONNOLD, on behalf
of themselves and all others similarly situated,

                                        Plaintiffs,

                    -against-

FANATICS, INC., et al.,

                                        Defendants.
-------------------------------------------------------------X

**23-CV-9714 (LTS) (VF)**
**23-CV-6895 (LTS) (VF)**
**25-CV-5776 (LTS) (VF)**
**25-CV-2202 (LTS) (VF)**
**25-CV-6825 (LTS) (VF)**
**25-CV-6369 (LTS) (VF)**

**ORDER RESCHEDULING**
**CONFERENCE**

**VALERIE FIGUEREDO, United States Magistrate Judge.**

1

A case management conference for the related cases captioned above is hereby rescheduled for **Friday, October 17, 2025 at 2 p.m.** Counsel for the parties are directed to call Judge Figueredo's Microsoft Teams conference line at the scheduled time. **Please dial (646) 453-4442, pass code [672 657 074#].**

      **SO ORDERED.**

DATED:     New York, New York
              October 14, 2025

                                          _____
                                          VALERIE FIGUEREDO
                                          United States Magistrate Judge